CARROLL.

---

PHELPS *v.* STILLINGS.

The price stipulated in an agreement for the sale of land is one of the essentials of the contract necessary to be stated in the memorandum required by the statue of frauds

ASSUMPSIT, on a special count for damages for the breach of an agreement to convey land to the plaintiff, and on the common counts for money received by the defendant from the plaintiff in part payment for the land, and for labor performed and materials furnished in building fence and making repairs of a house on the same land. Facts found by a referee. The defendant orally agreed to sell the plaintiff a piece of land for $175, to be paid in monthly instalments of $20 each. The writing claimed by the plaintiff to be a memorandum of the agreement contained no

allusion to the price or time of payment. The plaintiff did not make the stipulated payments, but abandoned the land, went to Massachusetts, and apparently abandoned the contract. The defendant being in no fault, but having been ready to perform his agreement, and hearing nothing from the plaintiff for a long time, sold the land to another person four years after his agreement was made with the plaintiff. There are no facts from which a promise of the defendant to pay the plaintiff anything can be implied.

*Quarles,* for the plaintiff.

*Weeks,* for the defendant.

DOE, C. J. The agreed price was one of the essentials of the contract necessary to be stated in the memorandum. Bro. St. Fr., s. 376.

*Judgment for the defendant.*

BLODGETT, J., did not sit: the others concurred.